# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESESTER DUVA MCDAUGHTERY,<br><br>            Petitioner,<br><br>    v.<br><br>MATTHEW ATCHLEY,[1] Warden,<br><br>            Respondent. | Case No. CV 20-08488 RAO<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: March 5, 2021

*[signature: Rozella A. Oliver]*

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is currently incarcerated at the Salinas Valley State Prison in Soledad, California. Matthew Atchley is the custodian at that prison and, accordingly, is substituted as the Respondent herein.  *See* Fed.R.Civ.P. 25(d).